UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NATIONAL HOME INSURANCE CO., INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 4:06CV00793 RWS |
| RAY NYE, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

The parties have represented that pursuant to this Court's order to arbitrate, all issues have been resolved.

Accordingly,

**IT IS HEREBY ORDERED** that National Home Insurance Company's Motion to Vacate [#17] is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED** with prejudice.

Dated this 5th day of March, 2007.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE